# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142262

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SELECT CONSTRUCTION COMPANY, INC.,
      Plaintiff-Appellee,

v

LASALLE GROUP, INC., and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,
      Defendants-Appellants,

and

SCOTT NEMECEK, WAL-MART STORES,
INC., GRAND/SAKWA ADAMS PARCEL I,
L.L.C., and WELLS FARGO BANK
NORTHWEST, N.A.,
      Defendants.

SC: 142262
COA: 293143
Oakland CC: 2007-082927-CH

_____/

      On order of the Court, the application for leave to appeal the November 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418